

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-14-00903-CV

**LIGHTNING OIL COMPANY,**
Appellant

v.

**ANADARKO E&P ONSHORE LLC** fka Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice- not participating
Jason Pulliam, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court